TENDERED FOR FILING

OCT 11 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEVEN ANTHONY WALCOTT JR.

[Print the full name (first, middle, last) and Prisoner number of the plaintiff in this action]

CIVIL ACTION

VERSUS

NO. 16-15594

NURSE PAT ?
NURSE KIM ?
NURSE DOMINIC ?
NURSE/DOCTOR YEEDIE NEAL

SECT. B MAG. 4

[Print the full name of all defendants in this action]
[DO NOT WRITE ET AL.]

COMPLAINT

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( )  No ( ✓ )

B. If your answer to (A) is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to the previous lawsuit:

      Plaintiffs: _____
      _____

      Defendants: _____
      _____
      _____

   2. Court (If Federal Court, name of the district court; if State Court, name the Parish)
      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
      _____

   6. Approximate date of filing of lawsuit: _____

   7. Approximate date of disposition: _____

C. Have you had any previously filed Federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any Federal court?

   Yes (____)   No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which Federal district or Appellate Court the action was brought.

_____
_____

II. PLACE OF PRESENT CONFINEMENT: TERREBONNE Parish JAIL

  A. Is there a prisoner grievance procedure in this institution?
     Yes ( ✓ )   No ( ___ )

  B. Did you present the facts relating to this complaint in the prisoner grievance procedure?
     Yes ( ✓ )   No ( ___ )

  C. If your answer is "yes":

     1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.

     _____
     _____

     2. As to each grievance complaint provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?
     I have Exhausted the Remedy But to No Avail

  D. If your answer is "no", explain why you have not done so:
     a/o First response from Administration.
     _____
     _____

III. PARTIES

  (In item "A" below, complete the following information. Do the same for additional plaintiffs, if any).

  A. Full Name of Plaintiff: STEVEN ANTHONY WALCOTT JR.
                             (first, middle, last)
     Prisoner Number: Parish Jail #51734   Prison #344820
     Address: Terrebonne parish jail P.O. Box 4096 Houma, LA. 70361
     Date of Birth: May 10, 1977
     Date of Arrest: May 19, 2016
     Date of Conviction: pretrial De..

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _VEEHIE NEAL_ is employed as _Head Nurse/Doctor_ at _Terrebonne Parish Jail_.

Address for service: _P.O. Box 4096 Houma, LA. 70361_.

C. Defendant _Pat ?_ is employed as _Nurse_ at _Terrebonne Parish Jail_.

Address for service: _P.O. Box 4096 Houma, LA. 70361_.

D. Defendant _Kim ?_ is employed as _Nurse_ at _Terrebonne Parish Jail_.

Address for service: _P.O. Box 4096 Houma, LA. 70361_.

E. Defendant _Dominic ?_ is employed as _Nurse_ at _Terrebonne Parish Jail_.

Address for service: _P.O. Box 4096 Houma, LA. 70361_.

F. Defendant _____ is employed as _____ at _____.

Address for service: _____.

G. Defendant _____ is employed as _____ at _____.

Address for service: _____.

IV. STATE OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any case or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary).

Defendant's Violated Petitioner's 8th and 14th Amendment rights of the Constitution. Deliberate indifference, wanton infliction of pain, wreckless disregard and many more Amendment liabilities from administering the wrong medication to petitioner that caused skin damage, excruciating pain, discomfort, sleepless nights and emotional distress and mental anguish and extreme discomfort.

V. RELIEF

(**State briefly exactly what you want the Court to do for you**. Make no legal arguments. Cite no cases or statutes).

For Peedie to be fired and for the nurses to be disciplined with a $5.00 to $7.00 paycut and suspended for 180 days and to be paid

Punitive Damages: ~~000,000~~ 1,500,000

Compensatory Damages: ~~~~ 750,000

VI.  PLAINTIFF'S DECLARATION

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __21__ day of __August__, 20__16__.

__Steven A. Walcott Jr.__
Signature of Plaintiff

__STEVEN A. WALCOTT JR.__
Printed Name of Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA.

STEVEN ANTHONY WALCOTT JR #344820

VS.

TERREBONNE PARISH JAIL MEDICAL, Et.AL

NURSE PAT ?
NURSE KIM ?
NURSE DOMINIC ?
NURSE PEEDIE NAIL

TENDERED FOR FILING
OCT 1 1 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

DATE: August 18, 2016

Steven A. Walcott Jr.
#344820
STEVEN A. WALCOTT JR.
TERREBONNE PARISH JAIL
P.O BOX 4096
HOUMA, LA. 70361.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## JURISDICTION

This court has jurisdiction under the Civil Rights Act, 42 U.S.C. Section 1983, complaint filed by a prisoner. Prisoner Litigation Reform Act.

## COMPLAINT

Terrebonne Parish Medical Staff violates petitioners constitutional rights. 8th Amend. 14th Amend.

# ADMINISTRATIVE REMEDY

## PROCEDURE

On or About July 8, or 9, 2016 I was called to the Nurses Station From a complaint of open wounds on my Feet and irritated Skin that I notified the Nurse Kim of at 4:00 p.m. pill call. After arriving to the Nurses Station I was asked to have a seat on the exam table where Nurse Kim and Nurse Dominic, took immediate Notice to the Red whelpings from the irritation of the Skin which caused alot of itching. During the examination I was asked a few questions when it was determined by Nurse Kim that I was given the wrong medication and that taking the wrong medication was the cause of the irritation of the skin. I also, at the same time, Notified the Nurses of the whelps, skin peeling and bleeding from the lost of skin on the upper inner thighs of both of my legs and on my genitails. After the concluding of the examination I was administered a shot to the right arm and a pill of Antibiotics, Sulfur. After the shot and the medication I returned to my living unit to wake up the very-next morning with an open blister wound on the right side of my neck and a large oval sore red spot on my stomach that turned into a boil. Also, to my genitals being bloody raw where the head of my penis to the pee whole was bloody blistered as well. I

pg(1.)

returned to the nurse station after showing the nurse that the boil had opened and was leaking. I also showed the nurses the new and very much more irritated break out that had gotten worse. The showing of the penis, genitals, upper inner thighs of both legs and a leaking boil and blistered neck, after Nurse Dominic checked my back and found that it was also whelped up and red, it was then stated that I was administered the wrong medication again and that I was allergic to Sulfur, which caused the very much more irritated break out, ~~~~~~~~ a worser reaction. I was then given another shot in my left arm an a Neproxen 500 mg pain pill which didn't help, at all, any of the pain. The pain was very excruciating.

    I was then put on antibiotics, that where suppose to be stronger, Klendimicen, and put on the list to see the doctor. On July 14, 2016 a thursday, I did not see a doctor and the bloody blisters had gotten even worse to where I was slowly walking with a limp and to where I couldn't even touch my own self. I couldn't even shower cause the blisters were so very inflamed out of the skin to the meat. I saw the doctor on the 19th of July, 2016 and from the instant sight of the blisters and whelps, He knew from the split second He saw the irritation, He called out the name of the irritation along with the medication that I was suppose to be getting from the start.

pg (2)

The Nurses intentionally administered the wrong medication and to me denied the proper treatment which caused excruciating and unbearable pain, extreme discomfort, sleepless nights and days, emotional distress and mental anguish.

This is a violation of my United States Constitutional rights and Louisiana State rights.

## RELIFE

1.) For the nurses to be disciplined with a #5 to #7 pay cut and suspended for 180 days.

2.) To have the money $60 put back into my account

### OR/AND

3.) For the nurses to be fired

4.) To be paid:
   ~~Punitive~~ Damages: 250,000
   ~~Compensatory~~ Damages: 500,000

pg. (3.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

STEVEN ANTHONY WALCOTT: #344820

VS.

TERREBONNE PARISH JAIL MEDICAL: ET, AL.
NURSE Pat, NURSE Kim, NURSE Dominic AND Doctor/NURSE Peedie

## STATEMENT OF FACTS

(1).

On or Around June 20, 2016 I saw Dr. Dickie Haydell Sr. About cracked, bleeding, dry skin that had peeled from inbetween my toes of my right foot.

(2).

Dr. Dickie Haydell examined inbetween petitioner's toes of Petitioner's Feet and prescribed foot creme and Antibiotics.

(3).

Petitioner started his meds with a round white pill with number 209 engraved on the pill.

(4.)

A few days, maybe 3 days after taking the meds, petitioner sustained cuts inbetween his toes that where bloody raw to the meat that disabled his walking from the bottom of his feet to walking on his heals as his

(p.1) of 6

body: was itching all over.

### (5).

Petitioner asked about his meds, pill 209, after missing a dose. Nurse Jonathan told petitioner that his meds was finish because it was for only 5 days.

### (6.)

Petitioner feet got so bad that he was only out of pain when he propped his feet up and laid still as he could or when he took a shower.

### (7.)

One foot got well and healed. But the foot fungus started to spread to his left foot just as it was on the right foot. ~~The irritation of his skin had~~ Also gotten worser. Petitioner notified Nurse Pat and Nurse Kim.

### (~~8~~).(9)↓

Petitioner was then given 2 red capsil pills of antibiotics for a period of time.

### (~~9~~). (8)↑

After notifying Nurse Kim, petitioner was examined and asked a few questions where it was determined, by Nurse Kim, ~~that~~ petitioner was administered the wrong medication.

(p. 2.) of 6

(10.)

Petitioner then told both nurses, Kim and Dominic, of the peeling skin and irritation on the upper inner thigh area of both legs. Petitioner, after both nurses talked and made a decision, was given a pill and a shot in his right arm and sent back to his living unit.

(11).

The very next morning at 4:00 A.M. Petitioner woke up to find a blister on the right side of his neck with red spots all over his itching body with a big oval dark red spot on the right side of his stomach that put him in extreme pain. Petitioner, also, had on the inner thighs of both his legs and genitals, bleeding blisters that put him in excruciating pain where he could barely walk from enduring so much pain.

(12).

Petitioner notified Nurse Pat whom he told about this problem and showed her his arms and upper body as he told her how much pain he was in from his face down to his legs. She stated "Oh my" you're allergic to something! Feel out a medical request and I'll put you in to see the doctor next week. I then asked Nurse Pat if she could give me something for pain and itching and was there anything she could do at the moment about the irritation. Nurse Pat said there was nothing she could do and she could only give me the Neproxen 500 at 8:00 p.m. pill call because I had one at 4:00 a.m. pill call. "There is nothing I can do." Nurse Pat stated.

(p.3) of 6

(13).

Petitioner was getting out of the shower the next day at 4:00 p.m. pill call when Petitioner notified Nurse Kim who seen his body, arms, neck and legs. When Petitioner showed Nurse Kim the big oval red spot on his stomach she immediately told Petitioner to get dressed for the nurses station and then had petitioner escorted 10 min. later after she finished 4:00 p.m. pill call.

(14).

Petitioner sat on the examine table where Nurse Kim and Nurse Dominic thoroughly examined the skin of petitioner while asking a few questions concerning the skin irritation on petitioners body when they concluded that petitioner was administered the wrong medication "again". As the nurses talked amongest themselves, petitioner stated that his genitals and penis where bloody blistered very much more than the first time he was seen. Petitioner showed both nurses his genitals area but Nurse Kim examined the whole area and determined that petitioner need to see the doctor. Nurse Kim and Nurse Dominic talked about some meds for another shot. When Nurse Dominic gave petitioner another shot in his left arm she was jugging in a hard back and forth upward motion. While the petitioner was enduring this extreme pain, Nurse Dominic drew blood from a simple shot. Petitioner was given one Nexproxen 500 for the pain he endured and then escorted back to his living unit in the same condition.

(p.4) of 6

(15).

Nurse Kim stated, as petitioner was leaving, that she had put petitioner in the Dr's list for Thursday July 14, 2016 where petitioner ended up not seeing the doctor in which the bleeding bloody blisters took over the genital area and caused petitioner petitioner excruciating pain as his skin stuck together in greater pain causing the petitioner to not move, sleep or shower.

(16).

The same week of July 14, 2016 petitioner was escorted back to the nurses station because Nurse Kim at noon pill call or at 4:00 p.m. pill call saw that the boil on petitioners stomach had bursted open. Nurse Kim did what she could do to the boil until petitioner was able to see the doctor. As much pain, excruciating pain, as petitioner was in besides the extreme pain from the boil, Nurse Kim consulted with Nurse Dominic and gave petitioner one 500 mg Neproxen.

(17).

On July 19th 2016 petitioner met with Dr. Haydell JR. And from reading the petitioners medical chart Dr. Haydell JR. examined petitioners feet and said that they were healing. Dr. Haydell JR. then asked petitioner if everything else was ok. Petitioner stated no and told Dr. Haydell JR. about his genital area, penis, neck body and face.

(p5) of 6

Petitioner stated to Dr. Haydell JR. that the bloody blisters appeared on his body after petitioner was administered the wrong medication. Dr. Haydell JR. then proceeded with his examination after petitioner told him that he was given Sulfar.

(19).

Dr. Haydell asked petitioner to go behind the curtains of the exam table and undress so that he may examine the area of bloody blisters and give a diagnosis from the sythoms.

(20.)

At immediate sight of the sythoms, Dr. Haydell JR. exclaimed what he thought the diagnosis of the sythoms was and what medication petitioner needed. Dr. Haydell JR. drew petitioner's blood, started petitioner on meds before petitioner left the nurses station and wrote a prescription for petitioner.

(21).

Within days of taking the meds and using the foot creme, petitioner cleared 100% and was back functioning well as normal, except for the boil on his stomach.

DATE: August 18, 2016

Steven A. Walcott Jr.
STEVEN A. WALCOTT JR.
Terrebonne Parish Jail
P.O. Box 4096
Houma, LA. 70361

(P16) of 6

# RELIEF

FOR THE NURSES AND NURSE/DOCTOR PEEDIE NEAL TO BE DISCIPLINED WITH A $~~$ $5.00 to $7.00 PAY CUT AND SUSPENDED FOR 180 DAYS. TO BE PAID:

PUNITIVE DAMAGES: $~~~~~~~~

COMPENSATORY DAMAGES: $~~~~~~~~

MR. STEVEN ANTHONY WALDON JR
B.O.I. # 51734    D.O.C. # 548820
TERREBONNE PARISH JAIL
P.O. BOX 4096
HOUMA, LA. 70361

MAILED: OCTOBER 6, 2016

Legal Mail

WILLIAM W. BLEVINS
CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA. 70130

Legal Mail



